UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>vs.<br><br>RICHARD T. POSEY,<br><br>              Defendant. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-664-AT |

## J U D G M E N T

This action having come before the court, Honorable Amy Totenberg, United States District Judge, for consideration of Plaintiff's Motion for Order of Permanent Injunction, and the court having granted said motion and entered an Order of Permanent Injunction against Defendant Posey, it is

**Ordered and Adjudged** that the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 13th day of August, 2014.

                                                                     JAMES N. HATTEN
                                                                     CLERK OF COURT

                                                      By:   s/ Harry F. Martin
                                                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  August 13, 2014
James N. Hatten
Clerk of Court

By: s/ Harry F. Martin
       Deputy Clerk